AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☐ Original          ☐ Duplicate Original

_____ FILED   _____ ENTERED
_____ LOGGED _____ RECEIVED

**12:20 pm, Oct 14 2020**

AT  BALTIMORE
CLERK, U.S. DISTRICRT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>1922 QUENTIN ROAD,<br>DUNDALK, MD 21222 | )<br>)<br>)<br>)<br>)<br>) |

Case No.     1:20-mj-2545 TMD

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Maryland _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before *October 20, 2020* *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Duty Magistrate Judge _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:     *10/6/2020  5:15 PM*                              _____
                                                                                                            *Judge's signature*

City and state:     Baltimore, Maryland                              Thomas M. DiGirolamo, U.S. Magistrate Judge
                                                                                                            *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>1:20-mj-2545 TMD | Date and time warrant executed:<br>10/7/2020 @ 7:08 PM | Copy of warrant and inventory left with:<br>Kimberly Elliott |
| Inventory made in the presence of : Special Agents Kevin Bodmer + Christopher Izant | | |

Inventory of the property taken and name(s) of any person(s) seized:

See attached Evidence Collected Item Log, consisting of four pages (including a one-page supplement).

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned electronically along with the warrant to the designated judge pursuant to Fed. R. Crim. P. 4.1 and 41(f)(1)(D).

Date: 10/13/2020

_____
*Executing officer's signature*

FBI Special Agent Patrick W. Straub
*Printed name and title*

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

Print Legibly. More than one line may be used for each item, if necessary.

**Date:** 10/07/2020    **Case ID:** 266T-BA-3333214 ~~3332914~~ _CH_

**Location:** 1922 Quentin Road, Baltimore, Maryland 21222

**Preparer/Assistants:** SA Christopher Izent

**Personnel (full names and initials):**

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1 | Anderson Manufacturing AN-15 rifle s/n 0003 4967 with light, suppressor and sling | E | Corner behind night stand | Kevin McCann / Christopher Izent | Box | |
| 2 | Tactical light packaging | E | On right stand | Kevin McCann / Christopher Izent | Paper Bag | |
| 3 | Tactical vest | E | Corner behind TV | Kevin McCann / Christopher Izent | Paper Bag | |
| 3a | Loaded magazine | E | On Item 3 | Kevin McCann / Christopher Izent | Kraft plastic | |
| 3b | Loaded magazine | E | In Item 3 | Kevin McCann / Christopher Izent | Cut bag plastic | |
| 3c | Loaded Magazine | E | In Item 3 | Kevin McCann / Christopher Izent | Cut bag plastic | |
| 3d | Two (2) Ballistic plates | E | Inside Item 3 | Kevin McCann / Christopher Izent | Paper Bag | |
| 4 | Black Backpack containing general survival gear | E | Corner behind TV | Kevin McCann / Christopher Izent | Paper Bag | |
| 5 | Gun Cleaning Kit in box | E | Bar area on shelf | Kevin McCann / Christopher Izent | Paper Bag | |

FD-886 (Rev. 4-13-15)

# EVIDENCE COLLECTED ITEM LOG

Print Legibly. More than one line may be used for each item, if necessary.

**Date:** 10/07/2020   **Case ID:** 266T-BA-3353214 ~~3353214~~ CIT

**Location:** 1922 Quentin Road, Baltimore, Maryland 21222

**Preparer/Assistants:** SA Christopher Izert

**Personnel (full names and initials):**

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 7 | Lenovo Ideapad 100S-14IBR S/N YD0GTSR2 with power cord | E | On TV Stand | Kevin McCann / Christopher Izert | Paper Bag | |
| 8 | HP Athros Mobel AR5B225 laptop S/N 5CD1414P85 with power cord | E | On TV Stand | Kevin McCann / Christopher Izert | Paper Bag | |
| 9 | Eight (8) rounds .223 caliber ammunition in box | E | In black box inside night stand | Chad Shaffer / Christopher Izert | Cut open plastic | |
| 9a | Laser box sight in packaging | E | In black box inside night stand | Chad Shaffer / Christopher Izert | Cut open plastic | |
| 4a | Elcrodge hunting knife in sheath | E | Inside Item 4 | Kevin McCann / Christopher Izert | Knife Box | |
| 6 | Radio with charger model TID with ~~Spect Battery~~ SMITHPUVBKughT two (2) batteries | E | On TV stand | Kevin McCann / Christopher Izert | Paper Bag | |
| 10 | Black Sentry Safe | A | Inside Ottoman | Jon Blessington / Christopher Izert | | Not Collected - contained medication in name of "Elliot" |
| 11 | Mail and envelope | E | On shelf left of bed / Dresser | Kevin McCann / Christopher Izert | Cut Paper Bag | |
| 12 | UTS Machete in sheath | D | Top Shelf | Jon Blessington / Christopher Izert | Knife Box | |

FD-886 (Rev. 4-13-15)

EVIDENCE COLLECTED ITEM LOG
Print Legibly. More than one line may be used for each item, if necessary.

Page 2 of 3

**Date:** 10/07/2020 **Case ID:** 266T-BA-3232314 CCE 3552514

**Location:** 1922 Quentin Road, Baltimore, Maryland 21222

**Preparer/Assistants:** _____

**Personnel (full names and initials):**

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 13 | White iPhone 8 plus S/N DX3X3AENJCMY IMEI 354820957 36103 | B | Shelf in corner | Kevin Ballmer Christopher Izart | | Not collected but – Consent to image |

# EVIDENCE COLLECTED ITEM LOG

*Print Legibly. More than one line may be used for each item, if necessary.*

Supp.

**Date:** 10/08/2020 **Case ID:** 266T-BA-3323214

**Location:** 1922 Quentin Road, Baltimore, Maryland 21222

**Preparer/Assistants:** SA Christopher Trent

**Personnel (full names and initials):**

| Item # | Description (e.g., One black Samsung flip phone; Serial #) | Location (e.g., Room) | Specific Location (e.g., Specific area w/in room) | Collected by/ Observed by (First Name and Last Name) | Packaging Method | Comments (if needed) |
|---|---|---|---|---|---|---|
| 1a | Tactical Scope | E | Attached to Item 1 | Kevin McCann Christopher Trent | Box | Item # assigned on 10/8/20 |